84 A.3d 322

Antonio BUNDY, Petitioner

v.

PHILADELPHIA COUNTY COURT OF
COMMON PLEAS, Respondent.

No. 173 EM 2013.

Supreme Court of Pennsylvania.

Jan. 17, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of January, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**